## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| SYDELLE GOLDWURM, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>AMERICAN REALTY CAPITAL TRUST, INC., *et al.*,<br><br>                Defendants. | Case No. 1:12-cv-03516-JKB |

## [PROPOSED] ORDER

Upon consideration of Defendants Realty Income Corporation and Tau Acquisition, LLC's Motion to Dismiss Plaintiff's Class Action and Derivative Complaint, the arguments and papers presented in support and opposition thereto, and for good cause shown, on this ___ day of _____, 20__ the Court hereby **ORDERS** that:

(1) the Motion to Dismiss is **GRANTED**; and

(2) the Class Action and Derivative Complaint is dismissed with prejudice.

IT IS SO ORDERED

_____
Hon. James K. Bredar
U.S. District Court for the District of Maryland