IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

SYDELLE GOLDWURM, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

  v.

AMERICAN REALTY CAPITAL TRUST, INC., *et al*.,

    Defendants.

Case No. 1:12-cv-03516-JKB

## MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(a), Sydelle Goldwurm ("Plaintiff") moves the Court for a temporary restraining order ("TRO") to enjoin the shareholder vote on the proposed acquisition of American Realty Trust, Inc. ("ARCT" or the "Company") by Tau Acquisition LLC ("Merger Sub"), a wholly-owned subsidiary of Realty Income, Corp. (collectively "Realty Income"), (the "Proposed Transaction") to take place on January 16, 2013.

Plaintiff submits the accompanying Memorandum of Law In Support of Plaintiff's Motion for Temporary Restraining Order.

Dated: January 11, 2013

**DEHAY & ELLISTON LLP**

By: */s/ Patrick C. Smith*
Patrick C. Smith (Bar No. 02054)
36 South Charles Street
Suite 1300
Baltimore, Maryland 21201
psmith@dehay.com
Telephone:  410-783-7225
Facsimile:   410-783-7221

*Of Counsel*:

**FARUQI & FARUQI, LLP**

Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331