# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SYDELLE GOLDWURM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL TRUST, INC., *et al.*,<br><br>Defendants. | Case No. 1:12-cv-03516-JKB |

The Court having reviewed Plaintiff's application for a Temporary Restraining Order (the "Motion") and for good cause shown,

IT IS ORDERED, this ____ day of January, 2013, that Plaintiff's Motion is hereby GRANTED as follows:

1.  A temporary restraining order pursuant to F. R. Civ. Proc. 65(a) is entered preventing a Shareholder Vote on the proposed acquisition of American Realty Trust, Inc. ("ARCT" or the "Company") by Tau Acquisition LLC ("Merger Sub"), a wholly-owned subsidiary of Realty Income, Corp. (collectively "Realty Income") (the "Proposed Transaction") until January ___, 2013, when a hearing on Plaintiff's application for a temporary injunction will be heard at __:__ _.m. and

IT IS SO ORDERED.

Dated: _____

_____
James K. Bredar
UNITED STATES DISTRICT JUDGE