IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYDELLE GOLDWURM, | * | |
| Individually and on behalf of all others similarly situated, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:12-cv-03516-JKB |
| v. | * | |
| | * | |
| AMERICAN REALTY CAPITAL TRUST, INC., *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Charles S. Hirsch, am a member in good standing of the bar of this Court.  My bar number is 06605.  I am moving for the admission of Michele D. Johnson to appear *pro hac vice* in this case as counsel for Defendants Realty Income Corporation and Tau Acquisitions, LLC.

We certify that:

1.     The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of  California (Dec. 1998) | U.S. District Court for the Northern District of California  (April 8, 2003) |
| | U.S. District Court for the Eastern District of California (December 10, 2003) |
| | U.S. District Court for the Central District of California (September 23, 1999) |
| | U.S. District Court for the Southern District of California (April 3, 2006) |

|  | U.S. District Court for the Southern District of California (April 3, 2006) |
|  | U.S. Supreme Court (June 1, 2004) |
|  | U.S. Court of Appeals for the Ninth Circuit (March 10, 2004) |

3.     During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.    (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.).

5.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.).

9.     We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

/s/_____
Charles S. Hirsch
Fed. Bar. No.: 06605
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202
Tel.: (410) 528-5600
Fax: (410) 528-5650
hirschc@ballardspahr.com

PROPOSED ADMITTEE

_____
Michele D. Johnson

Latham & Watkins LLP
650 Town Center Drive, 20th Fl.
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235

Michele.johnson@lw.com

DMEAST #16213829 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of January, 2013, a true and correct copy of the foregoing was served via electronic notification to all counsel of record.


/s/_____
Charles S. Hirsch

DMEAST #16213829 v1