**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SYDELLE GOLDWURM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL TRUST, INC., *et al.*,<br><br>Defendants. | Case No. 1:12-cv-03516-JKB |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, Sydelle Goldwurm, hereby withdraws her motion for temporary restraining order filed on January 11, 2013. Therefore, the hearing on Plaintiff's motion for temporary restraining order on January 14, 2013 should be vacated.

Dated: January 12, 2013

**DEHAY & ELLISTON LLP**

By: */s/Patrick C. Smith*
Patrick C. Smith (Bar No. 02054)
36 South Charles Street
Suite 1300
Baltimore, Maryland 21201
psmith@dehay.com
Telephone: 410-783-7225
Facsimile: 410-783-7221

*Of Counsel*:

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2013, I electronically filed Notice of Withdrawal of Plaintiff's Motion for Temporary Restraining Order with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Scott H. Marder, Esq.
Duane Morris LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202-6114

Charles S. Hirsch, Esq.
Ballard Spahr LLP
300 East Lombard Street, 18th Floor
Balitmore, MD 21202

*/s/ Patrick C. Smith*
Patrick C. Smith