**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SYDELLE GOLDWURM, | * | |
| Plaintiff, | * | |
| v. | * | |
| AMERICAN REALTY CAPITAL | * | Civil Action No. 12-cv-03516 JKB |
| TRUST, INC., et al., | * | |
| Defendants. | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*

**STIPULATION AND CONSENT MOTION TO EXTEND TIME**

Plaintiff, Sydelle Goldwurm, and Defendants, American Realty Capital Trust, Inc., Nicholas S. Schorsch, William M. Kahane, Leslie D. Michelson, Robert H. Burns, William G. Stanley, Realty Income Corporation and Tau Acquisition, LLC, jointly move this Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105(9), for an two (2) week extension of time for Plaintiff to respond to Defendants' Motions to Dismiss, and state as follows:

1.      On December 19, 2012, Defendants served Defendants' Motions to Dismiss. *See* ECF No. 10 and No. 11.

2.      Plaintiff's responses to these motions are currently due on January 14, 2013.

3.      Plaintiff and Defendants have agreed to extend Plaintiff's response time to these Motions to Dismiss for another two weeks.

4.     Therefore, Plaintiff and Defendants jointly request that this Court extend the date for Plaintiff to file her responses to Defendants' Motions to Dismiss by two (2) weeks to January 28, 2013.

WHEREFORE, Plaintiff and Defendants request that this Court enter an order extending the deadline for Plaintiff to respond to Defendants' Motions to Dismiss to January 28, 2013, and such other and further relief as this Court deems just, equitable and proper.


/s/ Scott H. Marder
SCOTT H. MARDER (Fed. Bar No. 28789)
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Telephone: (410) 949-2941
Fax: (410) 558-6370


/s/ Rebecca M. Lamberth
REBECCA M. LAMBERTH (*pro hac vice*)
JOHN H. GOSELIN, II (*pro hac vice*)
DUANE MORRIS LLP
1075 Peachtree Street, Suite 2000
Atlanta, GA  30309
Telephone: (404) 253-6900
Fax: (404) 253-6901

*Attorneys for Defendants American Realty
Capital Trust, Inc., Nicholas S. Schorsch,
William M. Kahane, Leslie D. Michelson,
Robert H. Burn and William G. Stanley*

/s/ Charles S. Hirsch
CHARLES S. HIRSCH (Fed. Bar No. 06605)
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, MD 21202
Telephone: (410) 528-5503
Fax: (410) 528-5650

*Attorneys for Defendants Realty Income
Corporation and Tau Acquisition, LLC*


/s/ Patrick C. Smith
PATRICK C. SMITH (Fed. Bar No. 02054)
DEHAY & ELLISTON LLP
36 S. Charles St., Suite 1300
Baltimore, MD  21201
Telephone: (410) 783-7019
Fax: (410) 783-7221

*Attorneys for Plaintiff, Sydelle Goldwurm*


2