## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SYDELLEGOLDWURM,                    *

        Plaintiff,                 *

  v.                                *

AMERICAN REALTY CAPITAL             *        Civil Action No. 12-cv-03516 JKB
TRUST, INC., et al.,
                                    *
        Defendants.
                                    *

       *   *   *   *   *   *   *   *   *

### STIPULATION AND CONSENT MOTION TO STAY PROCEEDINGS

      Plaintiff, SydelleGoldwurm, and Defendants, American Realty Capital Trust, Inc.,

Nicholas S. Schorsch, William M. Kahane, Leslie D. Michelson, Robert H. Burns, William G.

Stanley, Realty Income Corporation and Tau Acquisition, LLC, jointly move this Court for entry

of an order staying all proceedings in this matter for the following reasons and pursuant to the

following terms:

      1.      The parties stipulate and jointly request a stay of all proceedings including a stay

of the following response deadlines: (1) Plaintiff's Reply to Defendants' Joint Opposition to

Motion of Plaintiff for Expedited Discovery (ECF No. 18) currently due January 22, 2013; (2)

Defendants' Reply to Plaintiff SydelleGoldwurm's Opposition to Defendants' Motion to Stay

Proceedings (ECF No. 16) currently due January 22, 2013; and (3) Plaintiff's Opposition to

Defendants' Motions to Dismiss (ECF Nos. 10 & 11) currently due January 28, 2013, and any

replies thereto.

2.      On January 16, 2013, the shareholders of American Realty Capital Trust and the shareholders of Realty Income Corporation approved the merger transaction that is the subject of this litigation.

3.      Although Plaintiffs believe their complaint was a causal factor to the issuance of certain supplemental disclosures by Defendants which conferred a benefit to ARCT shareholders and the Defendants deny these assertions, the parties have agreed to a resolution of outstanding issues between the Parties;

4.      The Parties are presently finalizing an Agreement memorializing this resolution and the Agreement contemplates a voluntary dismissal with prejudice as to Plaintiff and without prejudice as to all other ARCT shareholders within three (3) days of the execution of the Agreement;

5.      Therefore, the stipulated stay of all pending response deadlines serves the interests of judicial economy and efficiency.

WHEREFORE, Plaintiff and Defendants jointly request that the Court issue an Order staying all proceedings in the above-captioned matter including the above response deadlines .
Respectfully submitted,


/s/_____
Charles S. Hirsch (Bar No. 06605)
Ballard Spahr LLP
300 East Lombard Street
18th Floor
Baltimore, Maryland  21202-3268
Tel.: (410) 528-5500
Fax: (410) 528-5650

*Attorney for Defendants*
*Realty Income Corporation and*
*Tau Acquisition, LLC*

/s/_____
Scott H. Marder (Bar No. 28789)
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Telephone:      (410) 949-2900
Fax:             (410) 949-2901

*Attorneys for Defendants American Realty Capital*
*Trust, Inc., Nicholas S. Schorsch*
*William M. Kahane, Leslie D. Michelson, Robert*
*H. Burns, and William G. Stanley*

2

/s/_____
Rebecca M. Lamberth *(pro hac vice)*
John H. Goselin, II *(pro hac vice)*
Duane Morris LLP
1075 Peachtree Street, Suite 2000
Atlanta, GA  30309
Telephone: (404) 253-6900
Fax: (404) 253-6901

*Attorneys for Defendants American Realty*
*Capital Trust, Inc., Nicholas S. Schorsch*
*William M. Kahane, Leslie D. Michelson,*
*Robert H. Burns, and William G. Stanley*

/s/_____
Patrick C. Smith (Bar No. 02054)
Dehay& Elliston LLP
36 S. Charles St., Suite 1300
Baltimore, MD  21201
Telephone: (410) 783-7019
Fax: (410) 783-7221

*Attorneys for Plaintiff, SydelleGoldwurm*

/s/_____
Juan E. Monteverde, Esq. *(pro hac vice)*
Faruqi&Faruqi
369 Lexington Ave., 10th Floor
New York, NY  10017
Telephone: (212) 983-9330
Fax: (212) 983-9331

*Counsel for Plaintiff SydelleGoldwurm*

DMEAST #16258687 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2013, a copy of the foregoing Stipulation and Consent Motion to Stay Proceedings was served via ECF notification to all counsel of record.


/s/
Charles S. Hirsch (Fed. Id No. 06605)
BALLARD SPAHR LLP
300 East Lombard Street
18th Floor
Baltimore, MD 20102
Telephone:  (410) 528-5503
Fax:  (410) 528-5650

*Attorney for Defendants*
*Realty Income Corporation and Tau*
*Acquisition, LLC*