IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SYDELLE GOLDWURM,** | * | |
| **Individually and on behalf of all others similarly situated,** | * | |
| Plaintiff | * | |
| v. | * | **CIVIL NO. JKB-12-3516** |
| **AMERICAN REALTY CAPITAL TRUST, INC.,** *et al.*, | * | |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

This Court being fully advised in the premises, hereby approves the stipulation and stay of all proceedings for 60 days from the date of this Order, including a stay of the following response deadlines: (1) Plaintiff's Reply to Defendants' Joint Opposition to Motion of Plaintiff for Expedited Discovery ( ECF No. 18) currently due January 22, 2013; (2) Defendants' Reply to Plaintiff Sydelle Goldwurm's Opposition to Defendants' Motion to Stay Proceedings (ECF No. 16) currently due January 22, 2013; and (3) Plaintiff's Opposition to Defendants' Motions to Dismiss (ECF Nos. 10 & 11) currently due January 28, 2013, and any replies thereto. The parties are to file a joint status report with the Court at the end of the stay, if settlement is not reached by then.

DATED this 24th day of January, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge