**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SYDELLE GOLDWURM, | * |
| Plaintiff, | * |
| v. | * |
| AMERICAN REALTY CAPITAL TRUST, INC., et al., | *   Civil Action No. 12-cv-03516 JKB |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, stipulate and agree, pursuant to a Settlement Agreement reached among them, that this case is voluntarily DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs except as provided in the Settlement Agreement.

/s/ *Charles S. Hirsch*
Charles S. Hirsch, Esq. (Bar No. 06605)
Ballard Spahr LLP
300 E. Lombard St., 18th Floor
Baltimore, MD 21202-3268
Tel.: (410) 528-5500
Fax: (410) 528-5650

*Attorney for Defendants Realty Income Corporation and Tau Acquisition, LLC*

/s/ *Scott H. Marder*
Scott H. Marder (Bar No. 28789)
Duane Morris, LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Tel.: (410) 949-2900
Fax: (410) 949-2901

*Attorneys for Defendants American Realty Capital Trust, Inc., Nicholas S. Schorsch, William M. Kahane, Leslie D. Michelson, Robert H. Burns and William G. Stanley*

/s/ *Rebecca M. Lamberth*
Rebecca M. Lamberth (*pro hac vice*)
John H. Goselin, II (*pro hac vice*)
Duane Morris, LLP
1075 Peachtree St., Suite 2000
Atlanta, GA  30309
Tel.: (404) 253-6900
Fax: (404) 253-6901

*Attorneys for Defendants American Realty Capital Trust, Inc., Nicholas S. Schorsch, William M. Kahane, Leslie D. Michelson, Robert H. Burns and William G. Stanley*

/s/ *Patrick C. Smith*
Patrick C. Smith (Bar No. 02054)
Dehay & Elliston, LLP
36 S. Charles St., Suite 1300
Baltimore, MD  21201
Tel.: (410) 783-7019
Fax: (410) 783-7221

*Attorney for Plaintiff, Sydelle Goldwurm*