IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYDELLE GOLDWURM,<br>Individually and on behalf of all others<br>similarly situated, | * | |
| | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-3516 |
| AMERICAN REALTY CAPITAL<br>TRUST, INC., *et al.*, | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the voluntary dismissal by the parties on January 25, 2013 (ECF No. 33), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this 28 day of January, 2013.

BY THE COURT:

James K. Bredar
United States District Judge